**Order filed November 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00781-CV

_____

## IN THE MATTER OF I.F.M

---

### On Appeal from the County Court at Law No. 2
### Fort Bend County, Texas
### Trial Court Cause No. 14-CJV-019259

---

### ORDER

Appellant filed a brief that improperly names the juvenile appellant in this appeal. *See* Tex. R. App. P. 9.8(c). We order appellant's brief stricken. Appellant is ordered to file a brief that does not contain the name of the juvenile appellant or any other children associated with this appeal.

Appellant's brief is due within 10 days of the date of this order.

PER CURIAM